NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MERIAL LIMITED AND MERIAL SAS,**
*Plaintiffs-Appellees,*

v.

**VELCERA, INC. AND FIDOPHARM, INC.,**
*Defendants-Appellants.*

---

2012-1505

---

Appeal from the United States District Court for the Middle District of Georgia in case no. 12-CV-0075, Judge Clay D. Land.

---

ON MOTION

---

ORDER

Upon consideration of Velcera, Inc. and FidoPharm, Inc.'s unopposed motion to dismiss the appeal from case no. 12-CV-0075 (M.D. Ga.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

SEP 1 7 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Gregory A. Castanias, Esq.
    George C. Lombardi, Esq.

s26

Issued As A Mandate: __SEP 1 7 2012_____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 7 2012

JAN HORBALY
CLERK